## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

PATRICIA GRIFFIN,                         )
                                          )
                Plaintiff,                )
                                          )
v.                                        )   Docket no. 2:22-cv-00212-GZS
                                          )
UNIVERSITY OF MAINE SYSTEM,               )
et al.,                                   )
                                          )
                Defendants.               )

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 15th day of July, 2022.