UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN, | ) |
| Plaintiff | ) ) ) |
| | ) CIVIL ACTION |
| v. | ) DOCKET NO. 2:22-CV-00212-JDL |
| | ) |
| UNIVERSITY OF MAINE SYSTEM, et al., | ) ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

Please be advised that undersigned counsel, Shiloh D. Theberge, of the law firm of Bernstein Shur, hereby enters her appearance as counsel of record on behalf of Defendants University of Maine System, University of Southern Maine and Glenn Cummings in the above-stated matter.

Respectfully submitted this 22nd day of July, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Shiloh D. Theberge*
　　　　　　　　　　　　　　　　　　　　Shiloh D. Theberge
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants University of Maine
　　　　　　　　　　　　　　　　　　　　System, University of Southern Maine and
　　　　　　　　　　　　　　　　　　　　Glenn Cummings

　　　　　　　　　　　　　　　　　　　　BERNSTEIN SHUR
　　　　　　　　　　　　　　　　　　　　100 Middle Street, P.O. Box 5029
　　　　　　　　　　　　　　　　　　　　Portland, ME  04104
　　　　　　　　　　　　　　　　　　　　(207) 774-1200
　　　　　　　　　　　　　　　　　　　　stheberge@bernsteinshur.com