UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) DOCKET NO. 2:22-CV-00212-JDL |
| UNIVERSITY OF MAINE SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please be advised that undersigned counsel, William J. Wahrer, of the law firm of Bernstein Shur, hereby enters his appearance as co-counsel with Shiloh D. Theberge, also of Bernstein Shur, on behalf of Defendants University of Maine System, University of Southern Maine, and Glenn Cummings in the above-stated matter.

Respectfully submitted this 22nd day of July, 2022.

/s/ William J. Wahrer
William J. Wahrer, Esq.

Attorney for Defendants
University of Maine System,
University of Southern Maine, and
Glenn Cummings

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
wwahrer@bernsteinshur.com