UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN,<br><br>   Plaintiff,<br><br> v.<br><br>UNIVERSITY OF MAINE SYSTEM, et al.,<br><br>   Defendants. | )<br>)<br>)<br>) Case No. 2:22-cv-00212-JDL<br>)<br>)<br>)<br>) |

## **CORPORATE DISCLOSURE STATEMENT**

NOW COMES Defendants University of Maine System, University of Southern Maine, and Glenn Cummings (collectively "Defendants"), by and through undersigned counsel, and certify that there are no persons, associations of persons, firms, partnerships, limited liability companies, joint ventures, corporations, or any similar entities, owning 10% or more of the Defendants.

DATED at Portland, Maine this 3rd day of August 2022.

            */s/ Shiloh D. Theberge*
            Shiloh D. Theberge
            William J. Wahrer
            Attorneys for Defendants University of Maine System, University of Southern Maine and Glenn Cummings

            BERNSTEIN SHUR
            100 Middle Street, P.O. Box 5029
            Portland, ME  04104
            (207) 774-1200
            stheberge@bernsteinshur.com
            wwahrer@bernsteinshur.com