UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNIVERSITY OF MAINE SYSTEM, et al., )<br>)<br>)<br>Defendants. ) | Case No. 2:22-cv-00212-JDL |

**DEFENDANTS' CONSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendants University of Maine System, University of Southern Maine, and Glenn Cummings (collectively "Defendants" or "UMS"), by and through undersigned counsel, and hereby file this consented to Motion for Extension of Time to Answer or Otherwise Respond to Patricia Griffin's ("Plaintiff") Complaint to on or before September 27, 2022. In support of this Motion, Defendants state the following:

1. On July 15, 2022, Plaintiff served Defendants a Waiver of Service for her Complaint, which was filed with the Court on July 21, 2022. *See Waiver of Service* (ECF Nos. 4-6).

2. In accordance with Defendants waiving service of Plaintiff's Complaint, Defendants must answer or otherwise respond to Plaintiff's Complaint on or before September 13, 2022.

3. Plaintiff's Complaint asserts numerous complex legal issues and claims against Defendants that require further investigation. *See generally Compl.* (ECF No. 1).

4. Additionally, UMS's General Counsel and Associate General Counsel are both unexpectedly out of the office until next week and are not otherwise available.

1

5. Given the foregoing, Defendants respectfully request a modest enlargement of their deadline to answer or otherwise respond to Plaintiff's Complaint by two (2) weeks.

6. Defendants' counsel has conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension and to this motion.

7. No prejudice will result to either party by granting this motion, which is not made for purposes of delay.

WHEREFORE, Defendants respectfully requests that they be granted an extension, until September 27, 2022, to answer or otherwise respond to Plaintiff's Complaint.


Dated: September 8, 2022                    Respectfully submitted,


                                            */s/ Shiloh D. Theberge*
                                            Shiloh D. Theberge, Esq.
                                            William J. Wahrer, Esq.
                                            Attorneys for Defendants University of Maine System, University of Southern Maine, and Glenn Cummings

                                            BERNSTEIN SHUR
                                            100 Middle Street, P.O. Box 5029
                                            Portland, ME  04104
                                            (207) 774-1200
                                            stheberge@bernsteinshur.com
                                            wwahrer@bernsteinshur.com