UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00212-JDL |
| | ) |
| UNIVERSITY OF MAINE SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**
**AS TO THE UNIVERSITY OF SOUTHERN MAINE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims against the University of Southern Maine asserted in the above-entitled matter, are dismissed with prejudice and without costs.

Dated: September 13, 2022

/s/ Stephen C. Smith
Stephen C. Smith, Esq., Bar No. 8720
Attorney for Patricia Griffin
STEVE SMITH TRIAL LAWYERS
136 State Street, 2nd Floor
Augusta, ME 0433012
207-622-3711
steve@mainetriallaw.com

/s/ Shiloh D. Theberge
Shiloh D. Theberge, Esq.
William J. Wahrer, Esq.
Attorneys for Defendants University of Maine System, University of Southern Maine, and Glenn Cummings
BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
stheberge@bernsteinshur.com
wwahrer@bernsteinshur.com