EXHIBIT
4

Dear Dean Williams,

As the pandemic has unfolded, I have kept current with the data on SARS-CoV-2 and how that impacts the effectiveness of masks, vaccines, social distancing, and testing.
Based on the plethora of data to emerge on the above topics, it is reasonable for a critical thinker to conclude the following:

## Masks

It is a myth that masks prevent viruses from spreading.  The overall evidence is clear, standard cloth and surgical masks offer virtually no protection against virus-sized particles or small aerosols.[1] The size of the virus is too small to be stopped by a surgical mask, cloth, or bandana. A single virion of SARS-CoV-2 is about 60-140 nanometers or 0.1 microns.[2] The pore size in a surgical mask is 200-1000x that size.  And the CDC website even states, "surgical masks do not catch all harmful particles in smoke" relevant since the size of smoke particles in a wildfire are about 0.5 microns which is 5x the size of the SARS-CoV-2 virus.

One large randomized controlled trial that specifically examined whether masks protected their wearers from coronavirus found mask wearing "did not reduce, at conventional levels of statistical significance, the incidence of Sars-Cov-2 infections.[3] Additional evidence shows that cloth facemasks actually increase influenza-linked illness[4].

Since bacteria are 50x larger than virus particles[5], virus particles can enter through the mask pores yet bacteria remain trapped inside the mask, resulting in the mask-wearer continually exposed to the bacteria.  When reviewing the 1918-1919 influenza pandemic, there was almost universal agreement among experts that deaths were virtually never caused by the influenza virus itself but resulted directly from severe secondary pneumonia caused by well-known bacterial "pneumopathogens" that colonized the upper respiratory track[6].  Dr Fauci and his National Institute of Health studied pandemics and epidemics and concluded, "the vast majority of influenza deaths resulted from secondary bacterial pneumonia."[7]

The fact is that after reviewing ALL of the studies worldwide, the CDC found "no reduction in viral transmission with the use of face masks." [8]

## Vaccines

Despite politicians and senior public health officials insisting that unvaccinated Americans account for essentially ALL of the deaths of people from Covid, these statements are not based on facts.  For example, at a White House press briefing on July 22, Surgeon General Vivek Murthy said that "99.5 percent of Covid deaths and 97 percent of hospitalizations are among the unvaccinated."[9]  On Independence Day while appearing on Meet The Press, when asked about deaths in June, Dr. Anthony Fauci answered that "if you look at the number of deaths, 99.2 percent of them are unvaccinated and about 0.8 percent are vaccinated.[10]" Fauci's answer would imply that only about 80 vaccinated people, or 0.8 percent of 10,000, died in June. The problem with these Public Health Authority responses is that they are not being consistent with the way most people and most countries define vaccination status.

In countries where health authorities are more open and honest with statistics on hospitalizations and deaths, there are three categories - "fully" vaccinated, "partially" vaccinated, and "unvaccinated," with many cases falling in the middle category. Data suggest that the vaccines can cause an increase in infections and deaths for up to two weeks after the first dose, possibly related to the temporary suppression of immunity by activating and directing so many white blood cells to the injection site.[11] The truth is that if US Public Health Authorities were consistent and treated vaccines like they do other drugs, they would include the "partially" vaccinated cases in the "vaccinated" category because they have occurred AFTER treatment has begun.  But the United States does the opposite and reports statistics on vaccine hospitalizations or deaths while ignoring partially vaccinated people.  Then they group them with those who have never received a dose and call them "unvaccinated."  This is an important point to highlight now that the vaccine companies and the government have acknowledged the mRNA shots begin to lose their protective effect in a matter of months and that many people will soon need booster shots.  And is "vaccine" even the most accurate term to describe these therapies since most other vaccines protect for decades, if not a lifetime (The main exceptions, the influenza vaccines, are known to be only marginally effective and have done almost nothing to reduce the virulence of the flu over a multi-decade span.[12])

Even if one were to overlook the way the US Public Health authorities classify the partially vaccinated, Fauci and Murthy lied about what percentage of coronavirus deaths are now occurring in FULLY vaccinated people. It is much higher than the less than one percent figures they offered and apparent when reviewing the data from England, Scotland, and Israel.[13] Those countries have very high vaccination compliance rates and have also been significantly more transparent about reporting hospitalizations and deaths among vaccinated people. In all three countries, hospitalizations and deaths have spiked since May, with the vaccinated accounting for more than half of all recent deaths.[14, 15] So why do other countries have so many more deaths in their vaccinated populations?  Because Fauci and Murthy are intentionally misleading the public by using the wrong denominator, saying "now" or "are" when they are really comparing deaths among the fully vaccinated.

The fact is that deaths started dropping long before most people had received shots.[16] Even if one acknowledges that many people who received vaccinations in January and February were older and at risk, seasonality and herd immunity appear to have had a greater impact on broad Covid trends than vaccinations.

While many countries like Israel and the United Kingdom are rigorous about reporting Covid and vaccine data, the United States is not, with only a few states regularly reporting breakthrough numbers. The Centers for Disease Control(CDC) is also lax about reporting, instead releasing a few numbers randomly. But enough states have reported over time to conclude that the United States had almost no breakthrough deaths before April and very few during the same month. This is supported by Minnesota who reported none as of March 24, Washington State, which was investigating two as of March 31, while nationally the CDC reported 160 deaths as of April 30.

Essentially ALL the "fully vaccinated" breakthrough cases and deaths have come since May. As of June 21, the CDC reported 750 deaths nationally. As of July 19, the number had risen to 1141.

Those data alone prove Fauci lied when he told Chuck Todd on July 4 that 0.8 percent of deaths "are" in vaccinated people. The CDC currently reports about 24,000 deaths since May 1 (CDC reporting lags state reporting), which would mean that fully vaccinated deaths have been about 4 percent of the total since then, FIVE TIMES what Fauci claimed. It is simply impossible that only 80 fully vaccinated people died in June, based on the CDC's own data.

The real percentage is likely much higher. Breakthrough cases, hospitalizations, and deaths have all swung up recently, and the CDC's lag means that it has not caught up.  Illinois is now reporting 159 deaths, New York City reported 94 through mid-June, and Massachusetts 80, North Carolina 61, Washington State 45, and Oklahoma 19 as of mid-July. The CDC's reporting lag means that the actual total number of COVID deaths since May 1 is closer to 35,000 than its reported figure. If 3,000 vaccine breakthrough deaths have occurred since then, they're running closer to 10 percent than 1 percent of total Covid deaths.  Furthermore, in states like Tennessee, Utah, Washington, and Oklahoma that report regularly enough for trends to appear, the total percentage has crept to over 10 percent in the last couple of weeks.

The reality is that Fauci and the Surgeon General refuse to admit that the United States has had far fewer Covid deaths overall in July 2021 than in 2020 (while the United Kingdom is now reporting more deaths now than it did in late July 2020, despite having better overall vaccine coverage).  Their reluctance is part of a much larger problem which is the unwillingness to offer a serious cost-benefit analysis of the vaccines because of the inconvenient truth, i.e., the vaccines are clearly not the miracle that initial reports promised last November.

While the vaccines appear to offer sufficient protection in the short term and provide their greatest benefit by far for the elderly, they do not end transmission and their effectiveness has been rapidly fading in the most at risk population. Their side effect profile is real and worsens with the second dose. But instead of admitting these truths, vaccine fanatics insist on offering numbers they must know are false, and, increasingly, are attacking those Americans who choose to not be vaccinated.

It is deeply troubling that in a university setting, critical thinking and being knowledgeable of the data is not valued, as evidenced when President Cummings spoke out during the most recent Town Hall Zoom meeting and openly mocked anyone not supporting the University's groupthink regarding SARS-CoV-2.  It is comments like these that have created a hostile work environment.

I could continue citing scientific evidence regarding the uselessness of social distancing and invasive testing but I have chosen to only address why mask mandates and vaccinations for SARS-CoV-2 are not based on science or peer reviewed research.  For if they were, the approach would be consistent with how the medical profession approaches other viruses and infectious diseases so rather than a one size fits all approach to eradicating the infectious agent, the treatment plans in this particular scenario would target for vaccination the most at risk of dying while prescribing therapeutics like hydroxychloroquine, zinc, and ivermectin for prophylactic and early treatment since they reduce mortality by 85% - 90% with minimal to no side effects.[17]

In conclusion, I have followed the science, data, and evidence and cannot find any overwhelming support for the wearing of masks nor the mandating of vaccines, especially since the overall

survival rate is 99.7% if infected with Covid.  And finally, from a legal perspective, asking for my vaccination status is a violation of HIPAA.

My expectation is the University of Southern Maine will appreciate a faculty member who embraces critical thinking and applies both inductive and deductive reasoning rather than emotions when making decisions.   I am teaching three courses this fall, two online and one face to face.  I welcome any evidence you can provide to the contrary of what I have found which will convince me that my conclusions about the efficacy of wearing a mask and vaccinating an entire population are wrong.

Regards,

*Pat*

Patricia Griffin, Ph.D.

**References**

[1] https://www.jamanetwork.com/article.aspx?doi=10.1001/jamainternmed.2020.4221

[2] Berenson, A (November 24, 2020). Unreported Truths about Covid-19 and Lockdowns: Part 3: Masks

[3] https://www.acpjournals.org/doi/10.7326/M20-6817

[4] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/

[5] https://www.merriam-webster.com/words-at-play/virus-vs-bacteria-difference

[6] The pathology and bacteriology of pneumonia following influenza. Chapter IV, Epidemic respiratory disease. The pneumonias and other infections of the respiratory tract accompanying influenza and measles, 1921 St, Louis CV Mosby (p. 107-281)

[7] https://academic.oup.com/jid/article/198/7/962/2192118

[8] Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures, Xiao, J, E.Y.C., Gao, H., Wong, J.Y., Fong, M.W., Ryu, S., and Cowling, B.J., 26, 5, 2020, May.

[9] https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/22/press-briefing-by-white-house-covid-19-response-team-and-public-health-officials-46/

[10] https://www.nbcnews.com/meet-the-press/meet-press-july-4-2021-n1273065

[11] https://www.startribune.com/mayo-reports-declining-covid-19-vaccine-effectiveness/600087246/

[12] https://www.bbc.com/news/uk-scotland-54218930

[13] https://www.thegatewaypundit.com/2021/07/new-uk-study-people-vaccinated-make-47-new-covid-cases/

[14] https://covid.cdc.gov/covid-data-tracker/#cases_deathsper100k

[15] https://ourworldindata.org/mortality-risk-covid?country=~USA#interpreting-the-case-fatality-rate

[16] https://www.cdc.gov/nchs/covid19/mortality-overview.htm

[17] Vincent, M.J., Bergeron, E., Benjannet, S. et al. Chloroquine is a potent inhibitor of SARS coronavirus infection and spread,  Virol J 2, 69, 2005, doi.org/10.1186/1743-422X-2-69