# COMPLAINT OF DISCRIMINATION IN EMPLOYMENT
## MAINE HUMAN RIGHTS COMMISSION

I also want this filed with the U.S. Equal Employment Opportunity Commission (EEOC) ☒

I want this filed only with MHRC ☐

**COMPLAINANT Name** (indicate Mr., Ms., Mx.) *If more than 1, list under PARTICULARS below*

Patricia Griffin

**Best Contact Phone #**

Mailing Address, including city, state and ZIP code

Email address

**RESPONDENT(S)** [This is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me.] *If more than 2, list under PARTICULARS below.*

**RESPONDENT #1 Name**

University of Maine System

**# Employees/Mem.**  500+

**Phone # (with Area Code)**

Mailing Address, including city, state and ZIP code

96 Falmouth Street, Portland, ME 04103

**RESPONDENT #2 Name**

University of Southern Maine

**# Employees/Mem.**  500+

**Phone # (with Area Code)**

Mailing Address, including city, state and ZIP code

96 Falmouth Street, Portland, ME 04103

**CAUSE OF DISCRIMINATION** based on: [Check appropriate box(es)]

☐ Age [D.O.B. ___/___/___]
☐ National Origin    ☒ Sex
☐ Physical or Mental Disability
☒ Sexual Orientation    ☐ Race
☐ Religion   ☐ Whistleblowers' Retaliation
☐ MHRA Retaliation   ☐ Ancestry   ☐ Color
☐ Workers' Compensation Retaliation
☐ Other (please specify): _____

**DATE DISCRIMINATION TOOK PLACE**

_08_/18/21_    _9/24/21_
Earliest date    Latest date

CONTINUING ACTION? ____ if yes

## THE PARTICULARS ARE:

*(If additional paper is needed, attach extra sheet(s))*

I was a Lecturer of Marketing at the University of Southern Maine. I received many commendations regarding my work from 2016 to the present. On August 12, 2021, the School issued an announcement that it would be implementing a mask mandate on all campuses effective August 18, 2021. On August 24, 2021, I sent a letter to Dean Joanne Williams requesting the data the School had to support the mandate. Nowhere in the letter did I indicate I would be refusing to wear a mask or state I would not wear a mask and comply with the mandate. I then met with members of the University on August 25, and August 27, in response to my letter and again reiterated my request for the data supporting the implementation of a mask mandate. I never indicated to anyone that I would refuse to wear a mask. On September 8, 2021, I received a Letter from the President of the University of Southern Maine, Glenn Cummings, falsely claiming that I stated I would not wear a mask in my Letter and to University employees in the meetings I had. President Cummings "suspended my employment" and moved to terminate it. Shortly thereafter, I received a letter from President Cummings dated September 24, 2021, wherein he terminated my employment effective September 22, 2021.

I had brought to the attention of the Human Resources Department that I thought this constituted a Hostile Work Environment. I further believe now that my termination was also motivated by discrimination based upon my gender as a woman. Specifically, two male professors to my knowledge, and perhaps more, were allowed to teach classes 100% remotely. I had discussed this with ~~Human Resources~~ and was told that I could not teach classes 100% online because this was not allowed, even though male professors were allowed to teach 100% online. For these reasons, I believe my termination was motivated by discrimination based upon my gender.

PG Hiro, the department head,