

# Policy Manual – Environmental and Safety Policy

## OTHER
### Section 1002 Environmental and Safety Policy

Effective: 5/19/86
Last Revised: 1/13/03; 05/18/15
Responsible Office: Human Resources/Facilities

### Policy Statement:

The University of Maine System is committed to protecting the environment and the health and safety of all members of the University community in its operations and activities. We further recognize an obligation to demonstrate safety and environmental leadership by maintaining the highest standards and serving as an example to our students as well as the community at large.

### Procedures:

In working to meet this commitment, individual campuses, organizational units, and employees must ensure that sound environmental health and safety planning is integrated into every level of University System decision-making and must demonstrate leadership to meet the following:

Comply with all applicable federal and state environmental health and safety laws and regulations. In the absence of specific laws or regulations, consensus-based standards or best management practices should be adopted;

Develop, implement, and continuously improve environmental health and safety programs that eliminate safety hazards, encourage safe work practices and emphasize safety and environmental education;

Promote environmental health and safety responsibility among employees, students, and visitors through training and assessment;

Include environmental, health and safety factors as an integral part of each institution's planning and operational functions;

Design, construct and operate all facilities in a manner that encourages environmental responsibility and promotes sustainable development on campus properties and in local communities;

Allow reasonable preference when feasible for food goods produced sustainably, in a manner that minimizes transportation to the consuming location, or with other such environmental attributes or advantages as may be available in the marketplace, while balancing those benefits against price and other considerations; and

Work cooperatively with government, industry and other organizations in developing reasonable and cost-effective environmental, health and safety legislation and regulations that protect the human health and the environment.

The Chancellor is directed to take actions necessary to assure that all units of the University of Maine System are in compliance with this policy and with all pertinent Federal and State regulations.

The Chancellor or a delegated representative is authorized to review plans developed by individual campuses or other organizational units to assure compliance with this policy.

### Board of Trustees

- Home
- Agenda Calendar
- Board Meeting Calendar
- Board Membership
- Board of Trustees Strategic Initiatives
- Committee Responsibilities and Membership
- Meeting Actions
- Meeting Agendas & Materials
- Meeting Minutes
- Policy Manual
- Student & Faculty Representatives

### Contact Information

University of Maine System
Board of Trustee Office
15 Estabrooke Drive, Office 251
Orono, ME  04469
207-581-5844
ums.trustees@maine.edu