

EXHIBIT 3

From: **Patricia Griffin** <patricia.a.griffin@maine.edu>
Date: Tue, Aug 24, 2021 at 10:20 AM
Subject: addressing the current USM mandates
To: Joanne Williams <joanne.williams@maine.edu>

Hi Jo,

Hope you have been able to enjoy your summer. Too much rain for me but I'll still take the warm weather over snow, anyday.

I first want to say how much I love teaching at USM as well as working with such a great faculty. It really has been the highlight of my career and I owe a lot to you for sticking with me.

The reason for this email is because I have been following the science, data, and evidence regarding SARS-CoV-2 and searching for anything that will support wearing a mask while indoors as well as vaccinating an entire school population as the optimal method for stopping the transmission of the virus.

The reality is that my research has found no evidence to support these measures.

I wanted to share the information I gathered and relied upon when making my decision regarding these mandates before the start of classes next Monday to see that my decisions are science, evidence, and data based.

However, I do not want to cause any issues, especially for you, if I come to campus on Monday morning to teach my one face to face class so I wanted to give you enough time.

Thanks

Pat

--

*Pat Griffin, M.T. (ASCP), Ph.D.*

Marketing, School of Business
University of Southern Maine
217 Luther Bonney Hall
Portland, Maine 04104-9300
Email: patricia.a.griffin@maine.edu
207-780-4866