UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN,<br><br>　　　　　　Plaintiff,<br>v.<br><br>UNIVERSITY OF MAINE SYSTEM,<br>and GLENN CUMMINGS, in his<br>official and individual capacity<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 2:22-cv-212-JDL |

**ENTRY OF APPEARANCE**

The Clerk shall please enter my appearance for the Plaintiff in the above captioned matter.

DATED: November 18, 2022                /s/John E. Baldacci, Jr.
　　　　　　　　　　　　　　　　　　　　　　John E. Baldacci, Jr., Esq., Bar No. 5773
　　　　　　　　　　　　　　　　　　　　　　Attorney for Patricia Griffin
　　　　　　　　　　　　　　　　　　　　　　STEVE SMITH TRIAL LAWYERS
　　　　　　　　　　　　　　　　　　　　　　136 State Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　Augusta, ME 04330
　　　　　　　　　　　　　　　　　　　　　　207-622-3711
　　　　　　　　　　　　　　　　　　　　　　jack@mainetriallaw.com