UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICIA GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:22-cv-00212-JDL |
| v. | ) | |
| | ) | |
| UNIVERSITY OF MAINE SYSTEM, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENTED-TO MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM**

NOW COMES Defendants University of Maine System and Glenn Cummings (collectively "Defendants" or "UMS"), by and through undersigned counsel, and hereby file this consented to Motion for Enlargement of Time to File Reply Memorandum to Plaintiff Patricia Griffin's ("Plaintiff") Opposition (the "Opposition") to Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") to on or before December 12, 2022.  In support of this Motion, Defendants state the following:

1. On October 28, 2022, Defendants filed a Partial Motion to Dismiss in the above-captioned matter seeking dismissal of certain claims and remedies asserted in Plaintiff's Amended Complaint.  *Defs.' Partial Mot. to Dismiss Pl.'s Am. Compl*. (ECF No. 17).

2. On November 18, 2022, Plaintiff filed her Opposition to Defendants' Motion. *Pl.'s Opp'n to Defs.' Partial Mot. to Dismiss* (ECF No. 18).

3. Plaintiff's Opposition presents complex legal issues and arguments that require further research.

4. Additionally, with the upcoming national holiday, Defendants' undersigned attorneys will be traveling and unavailable for some time.

5. Given the foregoing, Defendants respectfully request a modest enlargement of their deadline to file their Reply Memorandum to Plaintiff's Opposition by ten (10) days.

6. Defendants' counsel has conferred with counsel for Plaintiff, and Plaintiff does not object to this enlargement.

7. No prejudice will result to either party by granting this Motion, which is not made for purposes of delay.

WHEREFORE, Defendants respectfully requests that they be granted an enlargement of their deadline to file their Reply Memorandum to Plaintiff's Opposition until December 12, 2022.

Dated: November 22, 2022                                              Respectfully submitted,

*/s/ Shiloh D. Theberge*
Shiloh D. Theberge, Esq.
William J. Wahrer, Esq.
Attorneys for Defendants University of Maine System, and Glenn Cummings

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
stheberge@bernsteinshur.com
wwahrer@bernsteinshur.com