UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MAINE SYSTEM, et al., )<br>)<br>)<br>     Defendants. ) | Case No. 2:22-cv-00212-JDL |

**DEFENDANTS' CONSENTED-TO MOTION FOR
ENLARGEMENT OF TIME TO FILE ANSWER**

NOW COMES Defendants University of Maine System and Glenn Cummings (collectively "Defendants" or "UMS"), by and through undersigned counsel, and hereby file this consented to Motion for Enlargement of Time to File their Answer to Plaintiff Patricia Griffin's ("Plaintiff") Amended Complaint (the "Complaint") to on or before September 11, 2023.[1]  In support of this Motion, Defendants state the following:

1. On August 16, 2023, the Court entered its Order on Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint, granting in part and denying in part Defendants' Motion.  *Order on Partial Mot. To Dismiss* (ECF No. 27).

2. As a result, Defendants' deadline to file their Answer to Plaintiff's Complaint is presently August 30, 2023.

3. Due to Defendants' undersigned counsel's current workload, Defendants' counsel seeks a modest enlargement of the current Answer deadline by ten (10) days.

---

[1] Defendants seek a ten (10) day enlargement of the current Answer Deadline.  However, ten (10) days from August 30, 2023 is September 9, 2023, a Saturday.  Accordingly, Defendants have set the enlargement deadline for the next applicable business day.

1

4. Defendants' counsel has conferred with counsel for Plaintiff, and Plaintiff does not object to this enlargement.

5. No prejudice will result to either party by granting this Motion, which is not made for purposes of delay.

WHEREFORE, Defendants respectfully request that they be granted an enlargement of their deadline to file their Answer until September 11, 2023.

Dated: August 25, 2023                                Respectfully submitted,

*/s/ Shiloh D. Theberge*
Shiloh D. Theberge, Esq.
William J. Wahrer, Esq.
Attorneys for Defendants University of Maine System, and Glenn Cummings

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
stheberge@bernsteinshur.com
wwahrer@bernsteinshur.com