UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-00212-JDL |
| v. ) | |
| ) | |
| UNIVERSITY OF MAINE SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE PARTY**

NOW COMES Defendants University of Maine System and Glenn Cummings (collectively "Defendants" or "UMS"), by and through undersigned counsel, and hereby file this Unopposed Moton to Substitute Party. In support of this Motion, Defendants state the following:

On August 16, 2023, the Court entered its Order on Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint, granting in part and denying in part Defendants' Motion. *Order on Partial Mot. to Dismiss* (ECF No. 27). As a result of the Court's Order, the only remaining claim against Defendant Cummings is a First Amendment Retaliation claim in his official capacity as President of the University of Southern Maine. However, Defendant Cummings is no longer the President of the University of Southern Maine. The current President of the University of Southern Maine is Jacqueline Edmondson.

Pursuant to FED. R. CIV. P. 25(d), Defendants respectfully request that Jacqueline Edmondson, in her official capacity as President of the University of Southern Maine, be substituted for Glenn Cummings as Defendant.

Plaintiff's counsel does not object to this Motion.

| | |
|---|---|
| Dated: August 31, 2023 | Respectfully submitted, |

/s/ Shiloh D. Theberge
Shiloh D. Theberge, Esq.
William J. Wahrer, Esq.
Attorneys for Defendants University of Maine System, and Glenn Cummings

BERNSTEIN SHUR
100 Middle Street, P.O. Box 5029
Portland, ME  04104
(207) 774-1200
stheberge@bernsteinshur.com
wwahrer@bernsteinshur.com