UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA GRIFFIN<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MAINE SYSTEM,<br>et al.,<br>Defendants. | )<br>)<br>)<br>)<br>) Civil No. 2:22-cv-00212-SDN<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Defendants' Motion for Summary Judgment entered by U.S. District Judge Stacey D. Neumann on April 30, 2025,

JUDGMENT is hereby entered for Defendants University of Maine System and Jacqueline Edmondson, and against Plaintiff Patricia Griffin.

CHRISTA K. BERRY
CLERK

By:   /s/ Meghan York
Deputy Clerk

Dated: May 5, 2025